## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Carlos Laguna, et al.
                                         Plaintiff,

v.                                       Case No.: 1:15−cv−05905
                                         Honorable Edmond E. Chang

West Loop Auto Spa, Inc., et al.
                                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 8, 2016:


MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's' counsel reported that the parties have reached a settlement. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 08/01/2016. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Emailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.